UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
MAY - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THOMAS PHILIP RAMSTACK**
(Plaintiff)

vs.   Civil Action No.

Case: 1:08-cv-00658
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/15/2008
Description: FOIA/Privacy Act

**U.S. DEPARTMENT OF THE ARMY, CENTRAL INTELLIGENCE AGENCY, U.S. DEPARTMENT OF STATE**
(Defendants)

### AFFIDAVIT OF SERVICE

I, Thomas Philip Ramstack, hereby declare that on the 26th day of April, 2008, I mailed a copy of the summons and complaint, certified mail return receipt, to U.S. Attorney for District of Columbia. Attached hereto is the certified green card acknowledging service.

*[signature]*
Thomas Philip Ramstack

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *[signature]*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) APR 3 0 2008   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes ☐ No |
| 1. Article Addressed to:<br>U.S. Attorney<br>555 4th Street N.W.<br>Washington, D.C. 20001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0002 1561 5719 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS PHILIP RAMSTACK**
(Plaintiff)

vs.                              Civil Action No.

Case: 1:08-cv-00658
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/15/2008
Description: FOIA/Privacy Act

**U.S. DEPARTMENT OF THE ARMY, CENTRAL INTELLIGENCE AGENCY, U.S. DEPARTMENT OF STATE**
(Defendants)

### AFFIDAVIT OF SERVICE

I, Thomas Philip Ramstack, hereby declare that on the _26th_ day of April, 2008, I mailed a copy of the summons and complaint, certified mail return receipt, to _U.S. Attorney General, Justice Dept._. Attached hereto is the certified green card acknowledging service.

_____
Thomas Philip Ramstack

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 29 08 |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>D.O.J.<br>950 Pennsylvania Ave, N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2560 0002 1564 5242 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540