UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS PHILIP RAMSTACK**
(Plaintiff)

vs.                          Civil Action No.

Case: 1:08-cv-00658
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/15/2008
Description: FOIA/Privacy Act

**U.S. DEPARTMENT OF THE ARMY, CENTRAL INTELLIGENCE AGENCY, U.S. DEPARTMENT OF STATE**
(Defendants)

## AFFIDAVIT OF SERVICE

I, Thomas Philip Ramstack, hereby declare that on the 26th day of April, 2008, I mailed a copy of the summons and complaint, certified mail return receipt, to Military District of Washington. Attached hereto is the certified green card acknowledging service.

_____
Thomas Philip Ramstack

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Military District of Washington
108 Sheridan Ave., Building 415
Fort Myer, VA 22211-1110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jeffrey L. Wood
☐ Agent
☐ Addressee

B. Received by (Printed Name): JEFFREY L. WOOD
C. Date of Delivery: 1 May 2008

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0002 1564 5273

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS PHILIP RAMSTACK**
(Plaintiff)

vs.          Civil Action No.

Case: 1:08-cv-00658
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/15/2008
Description: FOIA/Privacy Act

**U.S. DEPARTMENT OF THE ARMY, CENTRAL INTELLIGENCE AGENCY, U.S. DEPARTMENT OF STATE**
(Defendants)

### AFFIDAVIT OF SERVICE

I, Thomas Philip Ramstack, hereby declare that on the ___26th___ day of April, 2008, I mailed a copy of the summons and complaint, certified mail return receipt, to _Christopher Riche, U.S. State Dept._. Attached hereto is the certified green card acknowledging service.

_____
Thomas Philip Ramstack

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  1/30/08 |
| 1. Article Addressed to:<br>Christopher Riche, exec. dir.<br>Office of the Legal Advisor<br>U.S. Dept. of State<br>2201 C Street, N.W.<br>Washington, D.C. 20520 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 2560 0002 1564 5259 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THOMAS PHILIP RAMSTACK**
(Plaintiff)

vs.                    Civil Action No.

Case: 1:08-cv-00658
Assigned To : Urbina, Ricardo M.
Assign. Date : 4/15/2008
Description: FOIA/Privacy Act

**U.S. DEPARTMENT OF THE ARMY, CENTRAL INTELLIGENCE AGENCY, U.S. DEPARTMENT OF STATE**
(Defendants)

### AFFIDAVIT OF SERVICE

I, Thomas Philip Ramstack, hereby declare that on the __26th__ day of April, 2008, I mailed a copy of the summons and complaint, certified mail return receipt, to __U.S. Dept. of State__. Attached hereto is the certified green card acknowledging service.

_[signature]_
Thomas Philip Ramstack

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of State
2201 C Street N.W.
Washington, D.C. 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 4-30-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0002 1564 5297

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540