### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THOMAS PHILIP RAMSTACK<br>816 Easley Street, No. 407<br>Silver Spring, MD 20910<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE ARMY,<br>CENTRAL INTELLIGENCE AGENCY,<br>U.S. DEPARTMENT OF STATE<br><br>U.S. Department of the Army<br>103 Third Ave. S.W., Building 32,<br>Suite 300<br>Fort McNair<br>Washington, D.C. 20319-5058<br><br>Central Intelligence Agency<br>Washington, D.C. 20505<br><br>U.S. Department of State<br>2201 C Street, N.W.<br>Washington, D.C. 20520<br><br>Office of Staff Judge Advocate<br>Military District of Washington<br>Attn: Mike Egan, Esq.<br>103 Third Ave. S.W., Building 32,<br>Suite 300<br>Fort McNair<br>Washington, D.C. 20319-5058<br><br>Legal Administrator<br>Central Intelligence Agency<br>Washington, D.C. 20505<br><br>Christopher Riche<br>Executive Director<br>Office of the Legal Advisor<br>U.S. Department of State<br>2201 C Street, N.W. | Civil Action No. 08-0658 (RMU) |

| | |
|---|---|
| **Washington, D.C. 20520** | ) |
| | ) |
| **U.S. Attorney General** | ) |
| **950 Pennsylvania Ave., N.W.** | ) |
| **Washington, D.C. 20530** | ) |
| | ) |
| **U.S. Attorney for the District** | ) |
| **of  Columbia** | ) |
| **501 third Street, N.W.** | ) |
| **Washington, D.C. 20001** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Lanny J. Acosta, Jr., Special Assistant U.S. Attorney, as counsel of record for defendants in the above-captioned case.

                Respectfully submitted,

                _____/s/_____
                LANNY J. ACOSTA, JR.
                Special Assistant United States Attorney
                Civil Division
                555 Fourth St., N.W.
                Washington, D.C.  20530
                202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

THOMAS PHILIP RAMSTACK
816 Easley Street, No. 407
Silver Spring, MD 20910

on this _____ day of May, 2008.

             _____/s/_____
             LANNY J. ACOSTA, JR.
             Special Assistant United States Attorney
             Civil Division
             555 Fourth St., N.W.
             Washington, D.C.  20530
             202-353-9895  / FAX 202-514-8780