**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **THOMAS PHILIP RAMSTACK** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 08-0658 (RMU)** |
| | ) | |
| **Department of the Army, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____)

### DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff brings this action under the Freedom of Information Act, 5 U.S.C. § 552(a)(4), seeking information from his alleged exposure to poison during his service in the United States Army. Defendant respectfully moves this Court for a twenty (20) day enlargement of time through and including June 20, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Complaint. Good Cause exists to grant this motion:

1. There are several federal agencies identified as Defendants in the Complaint. While the Defendants are working diligently to respond to Plaintiff's Complaint, more time is needed to properly coordinate the responses of the various Defendants.

2. Counsel for Defendants has just arrived at the U.S. Attorney's Office on May 19, 2008.

3. Defendants' Answer, Motion or Other Response to the Complaint is presently due May 30, 2008.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or

any other in-court matters.

     5.  This is the first enlargement of time sought in this matter.

     6.  Plaintiff consents to the enlargement.

For these reasons, Defendants request that the Court grant its Amended Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895
Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on this __day of _____ 2008, I caused the foregoing

Defendants' Consent Motion for an Enlargement of Time to Answer, Move or Otherwise

Respond,  to be served on plaintiff via first class mail postage prepaid, addressed as follows:

THOMAS PHILIP RAMSTACK
816 Easley Street
Apartment 407
Silver Spring, MD 20910


_____/S_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **THOMAS PHILIP RAMSTACK** | ) |
| **816 Easley Street, No. 407** | ) |
| **Silver Spring, MD 20910** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **Department of the Army, et al.** | ) |
|  | ) |
| **Defendant.** | ) |

**Civil Action No. 08-0658 (RMU)**

_____)


**ORDER**

This matter comes before the Court on Defendants' Consent Motion for an enlargement of time to answer, move, or otherwise respond to Plaintiff's Complaint.  Based upon the motion, and the entire record herein, it is this ____ day of _____, 20___ hereby

**ORDERED** that Defendants' motion for an enlargement of time is **GRANTED**, and it is further

**ORDERED** that Defendants' motion shall be due on June 20, 2008.

**SO ORDERED**.


_____
Ricardo M.Urbina
United States District Judge

Copies to:
Parties to Defendants via ECF and to Plaintiff via first-class mail

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2008, I caused the foregoing Defendants'

Consent Motion for an Enlargement of Time to Answer, Move or Otherwise Respond,  to be

served on plaintiff via first class mail postage prepaid, addressed as follows:

THOMAS PHILIP RAMSTACK
816 Easley Street
Apartment 407
Silver Spring, MD 20910


_____/S_____
LANNY J. ACOSTA, JR.
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780