**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of May 2008, I caused the foregoing Defendants' Consent Motion for an Enlargement of Time to Answer, Move or Otherwise Respond, to be served on plaintiff via first class mail postage prepaid, addressed as follows:

THOMAS PHILIP RAMSTACK
816 Easley Street
Apartment 407
Silver Spring, MD 20910

                                                  _____/S_____
                                                  LANNY J. ACOSTA, JR.
                                                  Special Assistant U.S. Attorney
                                                  Civil Division
                                                  555 Fourth St., N.W.
                                                  Washington, D.C.  20530
                                                  202-353-9895  / FAX 202-514-8780