IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS PHILIP RAMSTACK ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0658 (RMU) |
| ) | |
| Department of the Army, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' SECOND CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff brings this action under the Freedom of Information Act, 5 U.S.C. § 552(a)(4), seeking information from his alleged exposure to poison during his alleged service in the United States Army. Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move this Court for a thirty-five (35) day enlargement of time through and including July 25, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Complaint. Good Cause exists to grant this motion:

1. Plaintiff, *pro se*, identified in his Complaint several federal agencies as Defendants based on multiple requests for information over the last two decades. While the Defendants are working diligently to respond to Plaintiff's Complaint, more time is needed to properly coordinate the responses of the various Defendants to avoid piecemeal adjudication of this case. Defendants are preparing a dispositive motion on all claims.

2. Counsel for Defendants acknowledges this Court's direction that requests for enlargements be filed four or more days in advance, and apologizes for the lateness of this

motion. Counsel believed that he would be able to meet the current deadline, but is unable to do so. Counsel has received two of four expected declarations in this case, despite assurances given as late as June 19 that the remaining declarations would be complete. Without the declarations that support the factual recitation for the motion, Counsel is unable to finalized the motion for filing in accordance with the Federal Rule of Civil Procedure. Granting this motion would be in the best interest of judicial economy, allowing the presentation of a complete record before the Court. In addition Counsel for Defendants had three other substantive filings this week.

    3. Defendants' Answer, Motion or Other Response to the Complaint is presently due June 20, 2008.

    4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    5. This is the second enlargement of time sought in this matter.

    6. Plaintiff consents to this enlargement.

For these reasons, Defendants request that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

    Respectfully submitted,

    _____/s_____
    JEFFREY A. TAYLOR, D.C. Bar # 498610
    United States Attorney

    _____/s_____
    RUDOLPH CONTRERAS D.C. Bar #  434122
    Assistant United States Attorney

                                              _____/s_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2008, I caused the foregoing Defendants' Consent Motion for an Enlargement of Time to Answer, Move or Otherwise Respond, to be served on plaintiff via first class mail postage prepaid, addressed as follows:

THOMAS PHILIP RAMSTACK
816 Easley Street
Apartment 407
Silver Spring, MD 20910

                                                         _____/S_____
                                                         LANNY J. ACOSTA, JR.
                                                         Special Assistant U.S. Attorney
                                                         Civil Division
                                                         555 Fourth St., N.W.
                                                         Washington, D.C.  20530
                                                         202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **THOMAS PHILIP RAMSTACK**<br>816 Easley Street, No. 407<br>Silver Spring, MD 20910<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**Department of the Army, et al.**<br><br>　　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08-0658 (RMU) |

**ORDER**

　　This matter comes before the Court on Defendants' Consent Motion for an enlargement of time to answer, move, or otherwise respond to Plaintiff's Complaint. Based upon the motion, and the entire record herein, it is this ____ day of _____, 20___ hereby

　　**ORDERED** that Defendants' motion for an enlargement of time is **GRANTED**, and it is further

　　**ORDERED** that Defendants' motion shall be due on July 25, 2008.

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:
Parties to Defendants via ECF and to Plaintiff via first-class mail