UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS PHILIP RAMSTACK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Department of the Army, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-00658 (RMU) |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE**

Defendants' Motion to Dismiss or in the Alternative for Summary Judgement was filed on July 25, 2008 (Docket # 8) with a Certificate of Service that stated Defendants' Counsel had mailed the motion to Plaintiff on July 25, 2008. Defendants' counsel, however, inadvertently failed to mail this motion on July 25, 2008. Defendants, therefore, certify that a copy of the motion and attached exhibits has been sent to Plaintiff on July 28, 2008 as reflected in the Amended Certificate of Service.

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9895
Attorney for Defendants

## AMENDED CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

THOMAS PHILIP RAMSTACK
816 Easley Street
Apartment 407
Silver Spring, MD 20910

on this 28th day of July 2008.

      /s/
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530