UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THOMAS PHILIP RAMSTACK          )
                     Plaintiff  )
                                )
v.                              )   Civil Action No. 08-0658 (RMU)
                                )
U.S. DEPARTMENT OF THE ARMY,    )
CENTRAL INTELLIGENCE AGENCY,    )
U.S. DEPARTMENT OF STATE        )
                     Defendants )
                                )

**MOTION TO SEAL RECORD OF CASE**

Plaintiff respectfully moves this Court to seal from public disclosure all records relevant to his Freedom of Information Act and Privacy Act claim, Civil Action No. 08-0658 (RMU), because of the irreparable harm disclosure could cause him in his profession and personal life.

As a member of the news media, Plaintiff is required to abstain from involving himself in public controversies or that could appear to question his objectivity. In this case, the Defendants include the U.S. Army, the Central Intelligence Agency and the U.S. Department of State.

Plaintiff frequently is required as part of his job to report on matters of public interest that include references to the U.S. government, its agencies and the courts. If Plaintiff's name were to be revealed publicly as part of his complaint, his objectivity could be questioned, possibly leading to job termination.

A contributing issue is the brain damage Plaintiff has suffered, known as toxic encephalopathy. The symptoms include spontaneous utterances, seizures and memory lapses, all of which have produced embarrassing incidents for him. The spontaneous

1

utterances in particular can sometimes be of a graphic or threatening nature. Further disclosure of the symptoms and related incidents could make Plaintiff a target of public ridicule, possibly interfering with his career and personal life.

Considering the personal nature of the brain damage, as well as the potential damage to Plaintiff's career from public disclosure of his identity, the public interest is minimal compared with the personal harm that would accrue to Plaintiff if his identity is publicly disclosed. In addition, there is no evidence Defendants' case would be prejudiced if Plaintiff is allowed to proceed with a case under seal.

Respectfully submitted,

*[signature: Tom Ramstack]*

THOMAS PHILIP RAMSTACK
Plaintiff pro se
816 Easley Street, No. 407
Silver Spring, MD 20910
Phone: (301) 585-3450

Date: Aug. 5, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THOMAS PHILIP RAMSTACK<br>Plaintiff | ) ) ) | |
| v. | ) ) ) | Civil Action No. 08-0658 (RMU) |
| U.S. DEPARTMENT OF THE ARMY,<br>CENTRAL INTELLIGENCE AGENCY,<br>U.S. DEPARTMENT OF STATE<br>Defendants | ) ) ) ) ) | |

## ORDER

Upon consideration of the pending Complaint and the entire record therein, it is by the Court this          day of                   , 2008, hereby

**ORDERED**, that Plaintiff's motion for additional searches and production of documents shall be **GRANTED**, and it is further

**ORDERED**, that Defendants are directed to conduct new searches for responsive documents and to document them in an affidavit to be filed within          days of the date of this order; and it is further

**ORDERED**, that Defendants shall file and serve on Plaintiff, within          days of the date of this order, an affidavit explaining in as much detail as possible why they are unable to produce the relevant documents and other records, assuming they continue to deny their existence, and identify the procedures by which they arrived at that position; and it is further

**ORDERED**, that Plaintiff shall be permitted to take discovery on the issues of the adequacy of Defendants' search if all relevant documents are not produced.

Richardo M. Urbina
United States District Judge

Copy to Defendants via first class mail

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS PHILIP RAMSTACK** )<br>Plaintiff )<br>)<br>v.   )<br>)<br>**U.S. DEPARTMENT OF THE ARMY,** )<br>**CENTRAL INTELLIGENCE AGENCY,** )<br>**U.S. DEPARTMENT OF STATE** )<br>Defendants )<br>_____) | Civil Action No. 08-0658 (RMU) |

## CERTIFICATE OF SERVICE

I, Thomas Philip Ramstack, hereby declare that on the fifth day of August, 2008, I mailed a copy of Plaintiff's Response and Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, and Cross-Motion for Summary Judgment, to Lanny J. Acosta, Jr., Special Assistant U.S. Attorney at 555 Fourth Street, NW; Washington, D.C. 20530.

1