UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS PHILIP RAMSTACK | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08- 0658 (RMU) |
| DEPARTMENT OF THE ARMY, CENTRAL INTELLIGENCE AGENCY U.S. DEPARTMENT OF STATE | ) |
| Defendants. | ) |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

# PLEASE SEE DOCKET # 13 FOR DUPLICATE IMAGE

Respectfully Submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 43412
Assistant United States Attorney

_____/s/_____
LANNY J. ACOSTA, JR.,
Special Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895
Attorneys for Defendant